# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOSES COTTON, | : | CIVIL ACTION |
|     Plaintiff | : | |
| v. | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
|     Defendant | : | NO. 13-4359 |

## ORDER

**AND NOW**, this 9th day of June, 2014, after review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. This case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge can reconsider Plaintiff's credibility, by: (a) acknowledging that Plaintiff's testimony that he needs to lie down to alleviate his pain is supported by the record and (b) affording Plaintiff's testimony the substantial credibility to which it is entitled by virtue of Plaintiff's long work history.

**BY THE COURT:**

/s/ Nitza I. Quiñones Alejandro
NITZA I. QUIÑONES ALEJANDRO, J.